# STEINHART & FALCONER LLP
### A LIMITED LIABILITY PARTNERSHIP
## ATTORNEYS
333 MARKET STREET, THIRTY-SECOND FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2150
WWW.STEINHART.COM

DOV M. GRUNSCHLAG
DIRECT DIAL: EXT. 703
E-MAIL: DGRUNSCHLAG@STEINHART.COM

TELEPHONE: (415) 777-3999
FACSIMILE: (415) 442-0856

May 20, 2003

**VIA E-FILING**

Honorable, Ronald M. Whyte, Judge
United States District Court
Northern District of California – San Jose
208 S. First, #2112
San Jose, CA  95113-3008

Attention:  Jackie Vierra, Courtroom Clerk

      Re:    Hayakawa v. Ricoh Corporation
                U.S. District Court Case No. C03-00126 RMW

Dear Jackie:

      Please be advised that attorney Marc A. Koonin is no longer associated with the firm of Steinhart & Falconer LLP.  Please remove Mr. Koonin from the service list regarding the above referenced matter effective immediately.  Should you have any questions, please do not hesitate to contact me.

                Very truly yours,

                Dov M. Grunschlag

DMG:amp

cc:    Robert M. Lubin (via Facsimile and E-filing)

153967v1